UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

JAY WINEGARD, on behalf of himself
and all others similarly situated,

                        Plaintiff,        Case No.: 1:20-cv-05372-NGG-RML

   v.

S 2 YACHTS, INC. d/b/a www.tiarasport.com    NOTICE OF VOLUNTARY DISMISSAL
                                                                   PURSUANT TO F.R.C.P.
                                                                   § 41(a)(1)(A)(i)

                        Defendant.
_____X


Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JAY WINEGARD, and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant, S 2 YACHTS, INC., without costs to any party against any other and each party shall be responsible for their own attorney fees.

Dated: Manhasset, New York
       March 27, 2021

                                                                                                    **/s/** Mitchell Segal
                                                                                                  _____

Application Granted.
SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: April 27, 2021

                                                    Mitchell Segal, Esq.
                                                    Law Offices of Mitchell Segal P.C.
                                                    Attorney for Plaintiff
                                                    1129 Northern Boulevard, Suite 404
                                                    Manhasset, NY 11030
                                                    (516) 415-0100